**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DOWNTOWN DISCOUNT PRODUCE,**
**INC. d/b/a DOWNTOWN PRODUCE**
**MARKET & MORE,**

      **Plaintiff,**

-vs-              Case No. 6:08-cv-1104-Orl-31GJK

**SPECIALTY RESTAURANT**
**DEVELOPMENT - CFL, LLC,**
**SPECIALTY RESTAURANT, LLC, ABE**
**GUSTIN, GREG GUSTIN, GUY A.**
**TAYLOR, and JACK E. PARSONS,**

      **Defendants.**

## ORDER TO SHOW CAUSE

   This cause comes before the Court on Plaintiff's Motion for Preliminary Injunction or For an Order to Show Cause Why a Preliminary Injunction Should Not Issue (Doc. 3). The Plaintiff, Downtown Discount Produce, Inc. ("Downtown Produce") contends that it delivered $148,049 worth of produce to the Defendants, that the Defendants have sold the produce, and that they have refused to pay for it, in violation of the Perishable Agricultural Commodities Act ("PACA"). That act creates a trust for the benefit of entities such as Downtown Produce, with assets consisting of all produce on hand, produce receivables, and any other produce-related assets of the Defendants.

   Downtown Produce seeks a preliminary injunction requiring the Defendants to account for, segregate and pay over trust assets in fulfillment of their responsibilities under PACA or, in the alternative, an order enjoining the Defendants and their assigns, banking institutions, agents, servants, or employees from taking any action to assign, transfer, spend or dissipate PACA trust assets in the

amount of approximately $148,049 and requiring them to turn over that sum to Downtown Produce. In consideration of the foregoing, the Defendants are hereby

**ORDERED TO SHOW CAUSE** by written response, not to exceed 20 pages, filed with this Court no later than 4:00 p.m. on July 16, 2008, why such an injunction should not issue.[1] The Plaintiff shall serve the Defendants with a copy of the complaint, the motion for preliminary injunction, and this order no later than 5 p.m. on Friday, July 11, 2008.  A hearing on the motion for preliminary injunction will be held before the undersigned on July 17, 2008 at 2:00 p.m.  A separate notice of hearing will issue.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 10, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Each Defendant may file a response, if so desired.